# NO. 11-2028

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**MAGDELENE LUCERO,**

    Plaintiff-Appellant,

vs.

**SANDIA CORPORATION, d/b/a SANDIA NATIONAL LABORATORIES,**

    Defendant-Appellee.

On Appeal from the United States District Court
for the District of New Mexico,
The Honorable Judith C. Herrera, United States District Judge

### JOINT MOTION TO FILE VOLUME II
### OF CORRECTED JOINT APPENDIX UNDER SEAL

    **COME NOW** Plaintiff-Appellant Magdelene Lucero, by and through her attorneys of record, Keleher & McLeod, P.A. (Jeffrey A. Dahl) and Defendant-Appellee Sandia Corporation, by and through its counsel of record in this appeal, and hereby jointly move to file under seal in this Court Volume II of a Corrected Joint Appendix in this matter. As grounds therefor, the parties state as follows:

    1.    On April 6, 2011, the Clerk of the Court notified Appellant's counsel about a deficiency relating to the appendix that was submitted with the Appellant's opening brief. The appendix was comprised of two volumes of a joint appendix. Upon further review, counsel discovered other deficiencies. To create a clean and

clear record, counsel plan to submit two new volumes of the Joint Appendix, styled respectively as "Corrected Joint Appendix: Volume I" and "Corrected Joint Appendix Volume II."

2.  The documents in Volume II of the Corrected Joint Appendix consist of documents that were filed under seal in the district court pursuant to a court order. A copy of that order is attached hereto and incorporated herein as Exhibit A.

Plaintiff-Appellant and Defendant-Appellee hereby request that the Court file the documents contained in Volume II of the Corrected Joint Appendix under seal so that the confidential information therein remains confidential for purposes of this appeal and to maintain the privacy of the individuals disclosed therein.

Respectfully submitted,

KELEHER & McLEOD, P.A.

By  */s/ Jeffrey A. Dahl*
    Jeffrey A. Dahl
    Javier F. Junco
    Post Office Box AA
    Albuquerque, NM  87103
    Telephone:  (505) 346-4646
    *Attorneys for Plaintiff-Appellant*

        RODEY DICKASON SLOAN AKIN & ROBB, P.A.

        By   */s/ Jocelyn Drennan*
          Aaron C. Viets
          Scott D. Gordon
          Jocelyn Drennan
          Post Office Box 1888
          Albuquerque, NM  87103
          Telephone:  (505) 765-5900
          *Attorneys for Defendant-Appellee*

## PROOF OF SERVICE

I hereby certify that a copy of this Joint Motion to File Volume II of Joint Appendix Under Seal was filed electronically on *(please insert date)* April 18, 2011, through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Docket Activity:

    Aaron C. Viets        aviets@rodey.com
    Scott D. Gordon      sgordon@rodey.com
    Jocelyn Drennan      jdrennan@rodey.com
    Justin E. Poore        jepoore@sandia.gov

(*See* Fed. R. App. P. 25(b))
    */s/ Jeffrey A. Dahl*
Jeffrey A. Dahl

# CERTIFICATE REGARDING
# ECF FILING

**I CERTIFY** that:

1.      All required privacy redactions have been made to this document;

2.      If additional hard copies of this document are required to be submitted, this document is an exact copy of the submitted hard copies; and

3.      This ECF filing was scanned for viruses with the most recent version of a commercial virus scanning program, eTrust Threat Management Agent, last updated April 18, 2011, and, according to the program, is free of viruses.

                                              KELEHER & McLEOD, P.A.

                                              By:  */s/ Jeffrey A. Dahl*
                                                     Jeffrey A. Dahl

00117699