FILED
United States Court of Appeals
Tenth Circuit

April 18, 2011

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

MAGDELENE LUCERO,

    Plaintiff - Appellant,

v.

SANDIA CORPORATION,
d/b/a Sandia National Laboratories,

    Defendant - Appellee.

No. 11-2028

---

## ORDER

---

This matter is before the court on the "Joint Motion to File Volume II of Corrected Joint Appendix Under Seal." The motion is provisionally granted. The ultimate propriety of keeping Volume II of the Joint Appendix filed in this appeal sealed is referred to the panel of judges that will decide this appeal on the merits.

Entered for the Court,



ELISABETH A. SHUMAKER, Clerk